FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT 2014 JAN 15  PM 4: 59

FOR THE DISTRICT OF NEW MEXICO   CLERK-LAS CRUCES

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) CRIMINAL NO. _14- 129mv_ |
| Plaintiff, | ) Count 1: 18 U.S.C. §§ 2252(a)(2), |
| | ) 2252(b)(1), and 2256: Distribution of |
| vs. | ) Visual Depictions of Minors Engaged in |
| | ) Sexually Explicit Conduct; |
| **MICHAEL DAMEON BLACKBURN**, | ) |
| | ) Count 2: 18 U.S.C. §§ 2252(a)(2), |
| Defendant. | ) 2252(b)(1), and 2256: Receipt of Visual |
| | ) Depictions of Minors Engaged in |
| | ) Sexually Explicit Conduct; |
| | ) |
| | ) Count 3: 18 U.S.C. §§ 2252(a)(4)(B), |
| | ) 2252(b)(2), and 2256:  Possession of a |
| | ) Matter Containing Visual Depictions of |
| | ) Minors Engaged in Sexually Explicit |
| | ) Conduct; |
| | ) |
| | ) Count 4: 18 U.S.C. §§ 2251(a), 2251(e) |
| | ) and 2256: Production of a Visual |
| | ) Depiction of a Minor Engaging in |
| | ) Sexually Explicit Conduct; |
| | ) |
| | ) Count 5: 18 U.S.C. §§ 2251(b) and |
| | ) 2256: Production of a Visual Depiction |
| | ) of a Minor Engaging in Sexually |
| | ) Explicit Conduct by Custodian. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about January 24, 2013, to December 17, 2013, in Bernalillo County, in the District

of New Mexico, the defendant, **MICHAEL DAMEON BLACKBURN**, did knowingly

distribute and attempt to distribute any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256.

## Count 2

On or about January 24, 2013, to December 17, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **MICHAEL DAMEON BLACKBURN,** did knowingly receive any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256.

## Count 3

On or about January 24, 2013, to December 17, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **MICHAEL DAMEON BLACKBURN**, did knowingly possess one or more matters, which contained any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

2

## Count 4

Beginning on or about March 1, 2013, to December 15, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **MICHAEL DAMEON BLACKBURN**, did knowingly persuade, induce, entice and coerce two minors, and did knowingly attempt to persuade, induce, entice and coerce two minors, that is, two persons under the age of eighteen years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct, having reason to know that such visual depiction was intended to be transported in interstate commerce, or was produced using materials that had been mailed, shipped, and transported in interstate commerce, or that such visual depiction was transported in interstate commerce.

In violation of 18 U.S.C. §§ 2251(a), (e), and 2256.

## Count 5

Beginning on or about March 1, 2013, to December 15, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **MICHAEL DAMEON BLACKBURN**, having custody and control of two minors, that is, two persons under the age of eighteen years, knowingly permitted the minors to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and  knew or had reason to know that the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or knew or had reason to know that such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of 18 U.S.C. §§ 2251(b) and 2256.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
01/10/14 9:53 AM

4