IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,          )
                                   )
        vs.                        )          Criminal Case No. 14-cr-00129-WJ
                                   )
MICHAEL DAMEON BLACKBURN,          )
                                   )
                Defendant.          )

## UNITED STATES' EXHIBIT LIST FOR SUPPRESSION HEARING

The United States submits the following list of proposed exhibits for the suppression hearing set for October 6, 2015, through October 7, 2015, before the Honorable William P. Johnson, United States District Court Judge.  The United States reserves the right to tender additional exhibits prior to and during the suppression hearing.

1. Picture of outside 5601 Wyoming, Albuquerque, New Mexico

2. Picture of Wyoming Street sign

3. Picture of inside entrance to 5601 Wyoming, Albuquerque, New Mexico

4. Picture of stairs inside 5601 Wyoming, Albuquerque, New Mexico

5. Picture of hallway inside 5601 Wyoming, Albuquerque, New Mexico

6. Closer picture of hallway inside 5601 Wyoming, Albuquerque, New Mexico

7. Picture inside facing door and stairs to 5601 Wyoming, Albuquerque, New Mexico

8. Picture of left-view entrance inside 5601 Wyoming, Albuquerque, New Mexico

9. Picture of kitchen inside 5601 Wyoming, Albuquerque, New Mexico

10. Picture of living room inside 5601 Wyoming, Albuquerque, New Mexico (end-table)

11. Second picture of living room inside 5601 Wyoming, Albuquerque, New Mexico (couches)

12. Third picture of living room inside 5601 Wyoming, Albuquerque, New Mexico (couches and wall with "House Rules")

13. Fourth picture of living room inside 5601 Wyoming, Albuquerque, New Mexico (television and corner)

14. Fifth picture of living room inside 5601 Wyoming, Albuquerque, New Mexico (television and end-table)

15. Picture of upstairs 5601 Wyoming, Albuquerque, New Mexico (view of linen closet)

16. Picture of upstairs 5601 Wyoming, Albuquerque, New Mexico (view into children's room)

17. Picture of upstairs 5601 Wyoming, Albuquerque, New Mexico (view into bathroom)

18. Picture of upstairs bathroom at 5601 Wyoming, Albuquerque, New Mexico

19. Picture of children's room at 5601 Wyoming, Albuquerque, New Mexico (view from doorway)

20. Picture of children's room at 5601 Wyoming, Albuquerque, New Mexico (view to door)

21. Picture of children's room at 5601 Wyoming, Albuquerque, New Mexico (second view from door)

22. Picture of children's room at 5601 Wyoming, Albuquerque, New Mexico (view of minor male toddler's bed)

23. Picture of children's room at 5601 Wyoming, Albuquerque, New Mexico (view of Defendant's bed)

24. Picture of children's room at 5601 Wyoming, Albuquerque, New Mexico (view of window)

25. Picture of Mitchell's room at 5601 Wyoming, Albuquerque, New Mexico (view from door)

26. Picture of Mitchell's room at 5601 Wyoming, Albuquerque, New Mexico (view to door)

27. Consent to Search Form (two-sided)

28. Statement of Rights Form

29. Letter from Defendant to Mitchells

30. ROI detailing interview of Franque Hatten

31. E-mail with screen shot attachment showing 1:41 p.m.

32. E-mail with screen shot attachment showing 1:47 p.m.

33. E-mail with screen shot attachment showing 1:48 p.m.

34. E-mail with screen shot attachment showing 5:38 p.m.

35. E-mail with screen shot attachment showing 6:19 p.m.

36. DVD of Interview of Defendant (full version)

37. DVD of Interview of Defendant (edited version)

38. Transcript of Interview of Defendant

39. Picture of minor from Defendant's phone

40. Picture of minors from Defendant's phone

41. Picture of child porn initialed by Defendant during interview (minor female lascivious display)

42. Picture of child porn initialed by Defendant during interview (minor female performing felatio)

43. Picture of child porn with minor female victim initialed by Defendant during interview (minor female giving felatio)

44. Picture of child porn with minor female and minor male victims initialed by Defendant during interview (minor female giving minor male felatio)

45. Picture of child porn with minor female victim initialed by Defendant (minor female lascivious display)

46. Picture of child porn with minor female victim initialed by Defendant (minor female giving felatio)

47. Picture of child porn with male minor victim initialed by Defendant (minor male lascivious display)

48. Picture of child porn with female minor victim initialed by Defendant (Defendant simulating intercourse with female minor)

49. Picture of child porn with female minor victim initialed by Defendant (minor female lascivious display)


Respectfully submitted,

**DAMON P. MARTINEZ**
UNITED STATES ATTORNEY


____/s/_____
MARISA A. LIZARRAGA
SHAMMARA HENDERSON
*Assistant United States Attorneys*
555 S. Telshor Drive, Suite 300
Las Cruces, NM  88011
Desk: 575-323-5262
*Marisa.Lizarraga@usdoj.gov*

I hereby certify that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system on
October 5, 2015, which will send electronic
notification to defense counsel of record.

___/s/ Marisa A. Lizarraga

Marisa A. Lizarraga
*Assistant United States Attorney*